IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CYRUS DEMOND RUFFIN,            )
                                )
         Petitioner,            )
                                )       1:15CV913
     v.                         )       1:13CR398-1
                                )
UNITED STATES OF AMERICA,       )
                                )
         Respondent.            )
```

**ORDER**

On July 6, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 45, 46.) Petitioner timely filed objections (Doc. 47) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the previous stay based on Beckles v. United States, 580 U.S. ____, 137 S. Ct. 886 (2017) is lifted, that Petitioner's motion to vacate, set aside, or correct sentence (Doc. 30) is **DENIED,** and that this action be, and the same hereby is, dismissed with prejudice. Finding no

substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 11th day of September, 2017.

_____
United States District Judge